# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 23, 2020

## NO. 03-14-00551-CV

**Scott Schroeder, Appellant**

**v.**

**Eduardo S. Espinosa, in his Capacity as Receiver of Retirement Value, LLC, Appellee**

**APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND KELLY
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE BAKER**

This is an appeal from the judgment signed by the trial court on May 28, 2014. Having reviewed the record, the Court holds that appellant has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.